**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Gregory Lee HIPPS, a/k/a G, a/k/a Bryan Cross, a/k/a Bryan Dwight Cross, a/k/a Gregory Lee Hipps, Jr., a/k/a Patrick Jacques Pluviose, a/k/a Mark A. Pointer, a/k/a John Peters, a/k/a Marcus Lee Smith, a/k/a Eddie Junior Lawson, Jr., a/k/a Gregory Darrell Stewart, a/k/a Roger Lee Williams, a/k/a Kevin Smith, a/k/a Marcus A. Johnson, a/k/a Brian K. Cross, Defendant—Appellant.**

No. 12–6523.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Gregory Lee Hipps, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lee Hipps appeals from the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hipps,* No. 2:96–cr–00208–RAJ–1 (E.D.Va. Feb. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*